# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AISHA NAMUWONGE, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) ) v. ) ) ) BROOKDALE SENIOR LIVING, INC. ) and KRONOS, INC., ) ) Defendants. ) | Case No. 1:19-cv-3239<br><br>Hon. Sharon Johnson Coleman |

## DEFENDANT'S MOTION TO DISMISS AND COMPEL ARBITRATION

Defendant Brookdale Senior Living Inc., pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, and Federal Rule of Civil Procedure 12(b)(3), hereby moves to dismiss all claims asserted against it in Plaintiff's Class Action Complaint and to compel Plaintiff Aisha Namuwonge to submit her claims to individual arbitration. Support for this motion is found in the accompanying Memorandum of Law and Declaration of Shirley Jones.

Dated: May 17, 2019                BROOKDALE SENIOR LIVING INC.

By: /s/ Bonnie Keane DelGobbo

Bonnie Keane DelGobbo (bdelgobbo@bakerlaw.com)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200
Facsimile: (312) 416-6201

Joel Griswold (jcgriswold@bakerlaw.com)
**BAKER & HOSTETLER LLP**
SunTrust Center
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4088

*Attorneys for Defendant Brookdale Senior Living Inc.*

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies that on May 17, 2019 she caused a true copy of the foregoing document to be filed via the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system.

                /s/Bonnie Keane DelGobbo