IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AISHA NAMUWONGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOKDALE SENIOR LIVING, INC. and KRONOS, INC.,<br><br>Defendants. | Case No. 1:19-cv-3239<br><br>Honorable Judge Sharon Johnson Coleman |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT BROOKDALE SENIOR LIVING INC. WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Named Plaintiff, Aisha Namuwonge, on behalf of herself and all others similarly situated ("Plaintiffs"), by and through their undersigned counsel, hereby voluntarily dismiss their claims, without prejudice, as against Defendant Brookdale Senior Living, Inc. ("Brookdale") only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 23, 2019

Respectfully submitted,

*/s/ Ryan F. Stephan*

Ryan F. Stephan
Catherine T. Mitchell
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza
Suite 2150
Chicago, Illinois 60606
312-233-1550
312-233-1560 *f*
rstephan@stephanzouras.com
cmitchell@stephanzouras.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I, the attorney, hereby certify that on May 23, 2019, I filed the attached with the Clerk of the Court using the electronic filing system which will send such filing to all attorneys of record.

                                                                                                         */s/ Ryan F. Stephan*