# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AISHA NAMUWONGE, individually, and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) BROOKDALE SENIOR LIVING, INC. and KRONOS, INC., ) ) ) Defendants. ) | No. 1:19-cv-03239 Hon. Sharon Johnson Coleman |

## DEFENDANT KRONOS INCORPORATED'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Pursuant to FED. R. CIV. P. 12(b)(6), Defendant Kronos Incorporated ("Kronos") hereby moves to dismiss Plaintiff's Class Action Complaint for failure to state a claim. In support hereof, Kronos is contemporaneously filing a supporting Memorandum of Law.

WHEREFORE, Kronos Incorporated respectfully requests that the Court grant this motion and enter an order dismissing the Class Action Complaint with prejudice and granting such other relief as the Court deems appropriate.

Dated:  June 19, 2019              Respectfully submitted,

*/s/ Erin Bolan Hines*
Melissa A. Siebert
Erin Bolan Hines
Ian M. Hansen
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr.
Chicago, IL 60606
Tel.: 312.704.7700
Fax: 312.558.1195
masiebert@shb.com
ehines@shb.com
ihansen@shb.com

*Attorneys for Defendant Kronos Incorporated*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 19, 2019 she caused a true and correct copy of the foregoing **Motion to Dismiss Plaintiff's Class Action Complaint** to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's ECF system by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Erin Bolan Hines*