IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AISHA NAMUWONGE, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:19-cv-03239<br>)<br>) |
| v. | ) Hon. Judge Sharon Johnson<br>) Coleman |
| KRONOS, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**PLAINTIFF'S MOTION TO STAY PROCEEDINGS**

Plaintiff Aisha Namuwonge ("Plaintiff"), by and through her attorneys, Stephan Zouras, LLP, hereby moves this Court to stay these proceedings pending a decision by a sister Court on similar arguments made by Defendant Kronos, Inc. ("Kronos" or "Defendant") in its Motion to Dismiss Plaintiff's Class Action Complaint (Dkts. 22, 23). In support thereof, Plaintiff states as follows:

1. Plaintiff filed her original Class Action Complaint in the Circuit Court of Cook County, Illinois on April 5, 2019 against Plaintiff's former employer, Brookdale Senior Living, Inc. ("Brookdale") and Kronos alleging that Brookdale and Kronos unlawfully collect, store, use and disseminate Plaintiff's, and other Brookdale employees', biometric information and biometric data, in violation of the Illinois Biometric Privacy Act ("BIPA"), 740 ILCS 14/1, *et seq*.

2. On May 13, 2019 Kronos filed a Notice of Removal pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d). (Dkt. 1). On May 15, 2019, Brookdale also filed a Notice of Removal, based on complete diversity jurisdiction under 28 U.S.C. §§ 1332 and 1441(b), as well as CAFA jurisdiction. (Dkt. 12).

1

3. On May 17, 2019, Brookdale filed a Motion to Dismiss and Compel Arbitration, arguing that Plaintiff's BIPA claims must be compelled to arbitration pursuant to a purported arbitration agreement entered into by and between Plaintiff and Brookdale. (Dkt. 15).

4. On May 23, 2019, Plaintiff voluntarily dismissed her claims against Brookdale, without prejudice. (Dkt. 20).

5. On June 19, 2019, Defendant Kronos filed a Motion to Dismiss Plaintiff's Class Action Complaint. (Dkt. 23). In its Motion, Kronos makes similar, if not identical, arguments that are currently fully briefed and pending before the Honorable Judge Gary Feinerman in a separate case, *Figueroa, et al. v. Kronos Incorporated*, Case No. 1:19-CV-01306 ("*Figueroa*"). (*See* Exhibit A).

6. The pending decision on Kronos Incorporated's Motion to Dismiss in *Figueroa* may be instructive of this Court's decision as to the instant Motion to Dismiss, (Dkts. 22, 23).

7. Accordingly, Plaintiff respectfully requests that this Honorable Court temporarily stay these proceedings pending the decision in *Figueroa* as to Kronos Incorporated's Motion to Dismiss.

8. A temporary stay of these proceedings will ensure the avoidance of inconsistent rulings and will best serve judicial economy.

WHEREFORE, Plaintiff Aisha Namuwonge respectfully requests that this Court grant Plaintiff's Motion to Stay Proceedings.

Dated: September 5, 2019    Respectfully submitted,

*/s/ Catherine T. Mitchell*

Ryan F. Stephan
Catherine T. Mitchell
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312-233-1550

2

312-233-1560 *f*
rstephan@stephanzouras.com
cmitchell@stephanzouras.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on September 5, 2019, I electronically filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

    */s/ Catherine T. Mitchell*