IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AISHA NAMUWONGE, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:19-cv-3239 ) ) |
| v. | ) Honorable Judge Sharon Johnson ) Coleman |
| KRONOS, INC., | ) ) |
| Defendant. | ) ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Named Plaintiff, Aisha Namuwonge, individually and on behalf of all others similarly situated, by and through undersigned counsel, hereby voluntarily dismisses her claims against Defendant Kronos, Inc. ("Kronos").

Dated: December 4, 2019

Respectfully submitted,

*/s/ Ryan F. Stephan*

Ryan F. Stephan
Catherine T. Mitchell
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza
Suite 2150
Chicago, Illinois 60606
312-233-1550
312-233-1560 *f*
rstephan@stephanzouras.com
cmitchell@stephanzouras.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

    I, the attorney, hereby certify that on December 4, 2019, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                                              */s/ Ryan F. Stephan*